## Commonwealth ex rel. Maley *v*. Maley, Appellant.

Argued September 21, 1970. *Thomas J. McCormack*, with him *Warner & McCormack*, for appellant; *Carl M. Mazzocone*, for appellee.

Order affirmed.

## Commonwealth ex rel. Manchor, Appellant, *v*. Russell.

Submitted September 21, 1970. *Daniel C. Barrish*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *Paul W. Tressler*, Assistant District Attorneys, *Parker H. Wilson*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Shaffran, Appellant, *v*. Shaffran.

Argued September 15, 1970. *Morton J. Sablosky*, for appellant; no oral argument was made nor brief submitted for appellee.

Order affirmed.